IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
IN OPEN COURT

MAR 1 4 2024

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:24-CR- 00041 (DJN) |
| MUHAMMAD PAHLAWAN, (Counts 1, 2) | Maritime Transport Involving Weapons of Mass Destruction 18 U.S.C. §§ 2280a(a)(1)(B)(i), (b)(1)(B), (b)(1)(C) (Count 1) |
| MOHAMMAD MAZHAR, (Count 3) | Providing Materially False Information to a Federal Law Enforcement Officer During a Boarding of a Vessel 18 U.S.C. § 2237(a)(2)(B) (Counts 2-6) |
| GHUFRUN ULLAH, and (Counts 4, 5) | |
| IZHAR MUHAMMAD. (Count 6) | |
| Defendants. | |

**INDICTMENT**

**March 2024 Term – at Alexandria, Virginia**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Maritime Transport Involving Weapons of Mass Destruction)

From a date unknown, but at least since on or about January 1, 2024, and continuing

thereafter up to and including January 11, 2024, in offenses committed outside of the jurisdiction

of any particular State or district of the United States, the defendant MUHAMMAD

PAHLAWAN, who was later found in the United States after such activity was committed, and

who was first brought to the Eastern District of Virginia, did intentionally and unlawfully

transport on board a ship an explosive material, knowing that it was intended to be used to cause,

or in a threat to cause, death to any person or serious injury or damage for the purpose of

intimidating a population, or compelling a government or an international organization to do or

to abstain from doing any act, and during the commission of such activity, a national of the United States was killed.

(In violation of Title 18, United States Code, Sections 2280a(a)(1)(B)(i), (b)(1)(B), and (b)(1)(C)).

## COUNT TWO
(Providing Materially False Information to a Federal Law Enforcement Officer During a Boarding of a Vessel)

From on or about January 11, 2024, and continuing through on or about January 13, 2024, in offenses committed outside of the jurisdiction of any particular State or district of the United States, the defendant MUHAMMAD PAHLAWAN, who was first brought to the Eastern District of Virginia, knowingly provided materially false information to a Federal law enforcement officer during a boarding of a vessel regarding the vessel's destination, origin, ownership, registration, nationality, cargo, or crew—to wit, MUHAMMAD PAHLAWAN provided materially false statements regarding the identity of the vessel's captain—while on board a vessel subject to the jurisdiction of the United States.

(In violation of Title 18 United States Code, Section 2237(a)(2)(B)).

## COUNT THREE
(Providing Materially False Information to a Federal Law Enforcement Officer During a Boarding of a Vessel)

From on or about January 11, 2024, and continuing through on or about January 13, 2024, in offenses committed outside of the jurisdiction of any particular State or district of the United States, the defendant MOHAMMAD MAZHAR, who was first brought to the Eastern District of Virginia, knowingly provided materially false information to a Federal law enforcement officer during a boarding of a vessel regarding the vessel's destination, origin, ownership, registration, nationality, cargo, or crew—to wit, MOHAMMAD MAZHAR provided

materially false statements regarding the identity of the vessel's captain—while on board a vessel subject to the jurisdiction of the United States.

(In violation of Title 18 United States Code, Section 2237(a)(2)(B)).

## COUNT FOUR
(Providing Materially False Information to a Federal Law Enforcement Officer During a Boarding of a Vessel)

From on or about January 11, 2024, and continuing through on or about January 13, 2024, in offenses committed outside of the jurisdiction of any particular State or district of the United States, the defendant GHUFRAN ULLAH, who was first brought to the Eastern District of Virginia, knowingly provided materially false information to a Federal law enforcement officer during a boarding of a vessel regarding the vessel's destination, origin, ownership, registration, nationality, cargo, or crew— to wit, GHUFRAN ULLAH provided materially false statements regarding the identity of the vessel's captain—while on board a vessel subject to the jurisdiction of the United States.

(In violation of Title 18 United States Code, Section 2237(a)(2)(B)).

## COUNT FIVE
(Providing Materially False Information to a Federal Law Enforcement Officer During a Boarding of a Vessel)

From on or about January 11, 2024, and continuing through on or about January 13, 2024, in offenses committed outside of the jurisdiction of any particular State or district of the United States, the defendant GHUFRAN ULLAH, who was first brought to the Eastern District of Virginia, knowingly provided materially false information to a Federal law enforcement officer during a boarding of a vessel regarding the vessel's destination, origin, ownership, registration, nationality, cargo, or crew— to wit, GHUFRAN ULLAH provided materially false

statements regarding the origin of the vessel's voyage—while on board a vessel subject to the jurisdiction of the United States.

(In violation of Title 18 United States Code, Section 2237(a)(2)(B)).


**COUNT SIX**
(Providing Materially False Information to a Federal Law Enforcement Officer During a Boarding of a Vessel)

From on or about January 11, 2024, and continuing through on or about January 13, 2024, in offenses committed outside of the jurisdiction of any particular State or district of the United States, the defendant IZHAR MUHAMMAD, who was first brought to the Eastern District of Virginia, knowingly provided materially false information to a Federal law enforcement officer during a boarding of a vessel regarding the vessel's destination, origin, ownership, registration, nationality, cargo, or crew—to wit, IZHAR MUHAMMAD provided materially false statements regarding the vessel's cargo—while on board a vessel subject to the jurisdiction of the United States.

(In violation of Title 18 United States Code, Section 2237(a)(2)(B)).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY


JESSICA D. ABER
UNITED STATES ATTORNEY


By:  _____
Troy A. Edwards, Jr.
John T. Gibbs
Gavin R. Tisdale
Assistant United States Attorneys

Lesley Woods
Trial Attorney, Counterterrorism Section

FORM OBD-34
APR. 91

No.: 3:24-CR-

## UNITED STATES DISTRICT COURT

*Eastern District of Virginia*

*Alexandria Division*

THE UNITED STATES OF AMERICA

*v.*

MUHAMMAD PAHLAWAN,
MOHAMMAD MAZHAR,
GHUFRUN ULLAH, and
IZHAR MUHAMMAD

# INDICTMENT

Count 1: Maritime Transport Involving Weapons of Mass Destruction, in violation of 18 U.S.C. §§ 2280a(a)(1)(B)(i), (b)(1)(B), (b)(1)(C)

Count 2-6: Providing Materially False Information to a Federal Law Enforcement Officer During a Boarding of a Vessel, in violation of 18 U.S.C. § 2237(a)(2)(B)

*A true bill*

*Foreman*

*Filed in open court this* 14th *day,*

*of* March *A.D. 20* 24

*Clerk*

*Bail, $*